1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   JOSHUA AARON KERSHAW,              CASE NO. 1:11-cv-00763-LJO-SKO PC

10              Plaintiff,              ORDER TO SHOW CAUSE WHY ACTION
                                        SHOULD NOT BE DISMISSED FOR
11      v.                              FAILURE TO PROSECUTE

12   MATTHEW CATE, et al.,              (Doc. 11)

13              Defendants.             THIRTY-DAY DEADLINE
   _____/

14

15          Plaintiff Joshua Aaron Kershaw, a state prisoner proceeding pro se and in forma pauperis,

16   filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 11, 2011.  On May 14, 2012, the

17   Court issued an order requiring Plaintiff to complete and return the enclosed USM-285 forms and

18   summonses within thirty days so that service of his complaint could be initiated.  More than thirty

19   days have passed and Plaintiff has not complied with or otherwise responded to the order.

20          Accordingly, Plaintiff has **thirty (30) days** from the date of service of this order within which

21   to show cause why this action should not be dismissed for failure to prosecute.  **The failure to**

22   **respond to this order will result in dismissal of this action, with prejudice.**

23
24
25
26   IT IS SO ORDERED.

27   **Dated:    July 13, 2012**              _____/s/ Sheila K. Oberto_____
                                              UNITED STATES MAGISTRATE JUDGE
28

1