# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA AARON KERSHAW, | CASE NO. 1:11-cv-00763-LJO-SKO PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| MATTHEW CATE, et al., | (Doc. 11) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Joshua Aaron Kershaw, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 11, 2011. On May 14, 2012, the Court issued an order requiring Plaintiff to complete and return the enclosed USM-285 forms and summonses within thirty days so that service of his complaint could be initiated. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the order.

Accordingly, Plaintiff has **thirty (30) days** from the date of service of this order within which to show cause why this action should not be dismissed for failure to prosecute. **The failure to respond to this order will result in dismissal of this action, with prejudice.**

IT IS SO ORDERED.

**Dated:   July 13, 2012**            /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

1